## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHN A. NEAL                                                                                    PLAINTIFF

v.                                       No. 4:10CV00325 JLH

UNION PACIFIC RAILROAD COMPANY                                DEFENDANT

### ORDER

Union Pacific Railroad Company's motion to compel is granted without objection. Document #10. To the extent that Union Pacific requests attorneys' fees and costs in connection with the motion, the motion is denied.

IT IS SO ORDERED this 25th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE