# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHN A. NEAL                                                                      PLAINTIFF

v.                                  No. 4:10CV00325 JLH

UNION PACIFIC RAILROAD COMPANY                         DEFENDANT

## ORDER

Pursuant to the motion to dismiss filed jointly by the parties, this action is hereby dismissed with prejudice, each party to bear its own costs.

IT IS SO ORDERED this 16th day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE